CMK:CMK
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JOSIAH RAUL MOSQUEDA

Case No. 19-mj-187 TNL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     **JOSIAH RAUL MOSQUEDA,**
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment       ___ Superseding Indictment       ___ Information       ___ Superseding Information      _X_ Complaint
___ Probation Violation Petition     ___Supervised Release Violation Petition     ___ Violation Notice     ___ Order of the Court

On and between July 6, 2017, and December 23, 2018, in Hennepin County, in the State and District of Minnesota, Defendant (1) Knowingly received child pornography on or about July 6, 2017; (2) Knowingly induced and persuaded, and attempted to induce or persuade, two separate minors under the age of 16 to engage in sexual activity with him on the following dates: April 11-12, 2018, December 19, 21, and 23, 2018; (3) Knowingly produced child pornography on or about November 10, 2018; (4) Knowingly transferred obscene material to another individual under the age of 16 on or about November 10, 2018; and (5) Knowingly distributed child pornography on or about December 15, 2018.

All in violation of Title 18, United States Code, Sections 1470, 2251, 2252, and 2422.

Date: March 25, 2019

City and State: Minneapolis, MN

*Issuing officer's signature*

Tony N. Leung
United States Magistrate Judge
*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                     Arresting officer's signature |
|                                                                                  Printed name and title |

SCANNED
MAR 25 2019
U.S. DISTRICT COURT MPLS