UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST JOSIAH RAUL MOSQUEDA | ) ) ) ) ) **FILED UNDER SEAL PURSUANT TO ORDER**<br><br>ORDER FOR SEALING |

This Court, having reviewed the Petition of the United States herein, finds that the United States has shown a compelling interest in the sealing of documents in the above-captioned matter because:

a. Nondisclosure of the Complaint documents is necessary to prevent the ongoing investigation from being compromised.

b. Nondisclosure of the Complaint documents at this stage is necessary to minimize the risk to minor victims, to prevent the destruction of evidence, to prevent the target of the investigation from fleeing, and to ensure the safety of the officers effectuating the arrest and search warrants.

This Court also finds that less restrictive alternatives to sealing are impracticable or not appropriate.

It is therefore:

ORDERED that all documents filed in the above-captioned matter are hereby sealed until the close of business on April 15, 2019.

IT IS FURTHER ORDERED that these documents will be unsealed at the above time unless further compelling interest is shown by the United States for continuing this Order for an additional period of time.

SCANNED
MAR 25 2019
U.S. DISTRICT COURT MPLS

_March 25, 2019_  
Date

_____  
The Honorable Tony N. Leung  
UNITED STATES MAGISTRATE JUDGE