**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Tony N. Leung |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 19-mj-187 TNL |
| | ) | Date: March 27, 2019 |
| Josiah Raul Mosqueda, | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 9W |
| Defendant, | ) | Time Commenced: 2:11 p.m. |
| | ) | Time Concluded: 2:15 p.m. |
| | | Time in Court: 4 minutes |

APPEARANCES:

Plaintiff: Carol Kayser, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
  ✖ FPD     ✖ To be appointed

Date Charges Filed: March 25, 2019     Offense: Knowingly received child pornography, induced and persuaded minors to engage in sexual activity, produced child pornography, transferred obscene material, distributed child pornography

✖ Advised of Rights

on     ✖ Complaint

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered

Next appearance date is April 1, 2019 at 10:00 a.m. before U.S. Magistrate Judge David T. Schultz in Courtroom 9E, Minneapolis for:
  ✖ Detention hrg     ✖ Preliminary hrg

✖ Government moves to unseal the case.     ✖ Granted

Additional Information:

s/Sarah Erickson<br>Signature of Courtroom Deputy