# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF APPEARANCE** |
| | Case No: CR 19-MJ-187 TNL |
| vs. | |
| Josiah Raul Mosqueda, | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Ryan P. Garry, shall appear as counsel of record for Josiah Raul Mosqueda, the Defendant in this case.

Dated: March 28, 2019              _s/Ryan Garry_____
                                   Ryan P. Garry
                                   Attorney No. 0336129
                                   333 South Seventh Street
                                   Suite 2350
                                   Minneapolis, MN 55402
                                   612-436-3051