**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,                )

                              Plaintiff,                )

                                                          )

v.                                                       )

                                                          )

Josiah Raul Mosqueda,                        )

                              Defendant.              )

**COURT MINUTES - CRIMINAL**

BEFORE:   David T. Schultz

U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 19-mj-187 TNL |
| Date: | April 1, 2019 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 10:03 a.m. / 11:26 a.m. |
| Time Concluded: | 11:23 a.m. / 11:29 a.m. |
| Time in Court: | 83 minutes |

✖ **PRELIMINARY/DETENTION HRG**
         Time in Court Prelim/Det: 70 minutes/13 minutes

APPEARANCES:

Plaintiff:   Carol Kayser and Lindsey Middlecamp, Assistant U.S. Attorneys
Defendant:  Ryan Patrick Gerry,
                    ✖ Retained

On      ✖ Complaint

✖ Deft Ordered Detained - Govt to submit proposed order

   ✖ Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

Special Agent Rachel Nelson testified.

Robert John Bemboom testified.

Melissa Perez testified.

Exhibits 1- 8 admitted into the record.

_____   s/Sarah Erickson
Signature of Courtroom Deputy