UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-CR-270 (PJS)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSIAH RAUL MOSQUEDA,

      Defendant.

**GOVERNMENT'S EXHIBIT LIST AND NOTICE OF ADDITIONAL FACTS**

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Lindsey Middlecamp, Special Assistant United States Attorney, intends to admit the following exhibits for the Court's consideration at the September 1, 2020 sentencing hearing for Defendant Josiah Raul Mosqueda:

| Exhibit No. | Description |
| --- | --- |
| 1 | Excerpt of April 2018 Facebook communications |
| 2 | Excerpt of August – November 2018 Facebook communications |
| 3 | December 2018 Twitter registration and excerpted communications |
| 4 | January 2019 Instagram registration and excerpted communications |
| 5 | January 2019 WhatsApp communications |

In addition to the foregoing, the Government intends to introduce the following facts, either by stipulation of the parties or through testimony by Agent Rachel Nelson, to supplement the facts contained in the Pretrial Investigation Report:

1. That the Government's forensic investigation identified 448 images and 888 videos on Defendant's two laptops for submission to the National Center for Missing and Exploited Children, from which 29 images and 51 videos were confirmed as depicting exploitation of previously identified children;

2. That the Government's forensic investigation identified 1472 images and 413 videos on Defendant's cell phone for submission to the National Center for Missing and Exploited Children, from which 332 images and 23 videos were confirmed as depicting exploitation of previously identified children;

3. That the Government's forensic investigation identified files containing child pornography involving children as young as infants originating from chat messages exchanged via Telegram. Defendant's position is that he did not know about or view images of infants; and

4. That the Government's forensic investigation identified a download of media containing child pornography involving a 12-year-old boy by Defendant to his cell phone on March 24, 2019 via the file platform known as "Mega."

Defendant's position is that he did not seek out this 12-year-old boy image, he does not remember viewing the image, and had no intent to download that specific image.

Dated:  August 31, 2020                              Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Lindsey E. Middlecamp*

BY: LINDSEY MIDDLECAMP
Special Assistant U.S. Attorney
Attorney ID: 0392589