November 7, 2019

Your Honor:

My name is ████████████████████ and I am writing on behalf of Josiah Mosqueda. I am a former theology teacher from ████████████████████ and was employed at the school during the time Josiah and his siblings attended. I am currently working at ████████████████████ in Edina as a doctoral-level intern, completing my doctorate in counseling psychology from ████ ████████████.

I respectfully request that you sentence Josiah to the minimum sentence of 15 years. I make this request believing that Josiah has the ability and the will to heal his own woundedness and to be a functioning member of our society.

My Catholic faith has taught me that people are created in the image and likeness of God, in the image of love, and that we are meant to love and to be loved by others. My faith has also taught me the incredible, healing power of this love and the importance of redemption. I whole-heartedly believe that Jesus did not come for the saint, but for the sinner, and there is nothing that a person can do to put themselves outside of the love of God. Josiah has admitted his guilt; he has sincere remorse for the actions that he has taken. I do believe that he carries within himself the ability to heal, to make amends, and to choose a different path for his future. Please – allow him his future. For his own sake, and for those who love him dearly.

Combining my theology background with psychology has be enlightening. I have come to realize that all behavior serves a purpose; *something* propels and moves forward our actions, whether they be good or harmful. I do not know the specifics of Josiah's background and the catalyst(s) which prompted his choices, but I do know that hurting people hurt people. I have known the Mosqueda family for over 10 years. I have found the family to be loving, accepting, kind, and generous. And I have found them to be incredibly honest. They will not shy away from Josiah; they will not turn their backs on him. While holding him accountable to his actions and supporting his treatment, I know that Josiah will be wrapped in the loving arms of his family. As a therapist, I can think of no better scenario. As a person of faith, I see the face of God.

Thank you, for your Honor, for your time and consideration in this matter. If you would like to speak further, please do not hesitate to contact me.

Sincerely,





October 23, 2019

Your Honor:

My name is ▓▓▓▓▓▓▓▓ I am a retired theology teacher and school counselor and I worked at ▓▓▓▓▓▓▓▓▓▓▓▓ when I knew Josiah. Currently I work as a part time hospital chaplain for ▓▓▓▓▓▓▓▓▓▓▓▓ and full time as a paraprofessional at ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ I am ▓ years old.

When I worked at ▓▓▓▓▓▓ I also moderated the school newspaper and Josiah was one of my writers for three years. I also served as his school counselor for those years. I probably saw Josiah at least once a week in his capacity as a writer for the paper. He spent a fair amount of time in my office as he was dealing with his sexual identity at that time.

I am sure that Josiah knows the severity of his case. When I worked with Josiah, he struggled with his self concept and was very forth coming about this. So, I know that he understands he made some terrible decisions and is truly sorry for what he has done.

I understand that this is a very serious case against him but I hope, your Honor, and respectfully request that you will consider giving Josiah the minimum of 15 years. He is good man, a passionate man who cares deeply about those in our society who have experienced discrimination, poverty and injustice. He is a loving brother to his sisters and son to his parents. I saw that over and over during his time at ▓▓▓▓▓▓▓▓ While Josiah breached the trust of students, I have no doubt that after he has served his sentence, he will make amends and be that man that I always hoped he would become.

Sincerely,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

November 8, 2019

Your Honor,

I am Josiah Mosqueda's mom. I am writing this letter in an effort to tell you about the Josiah that I know and love to the core of my being. These last 7 months have been pretty unbearable as a mother and teacher. As a teacher it breaks my heart that Josiah is involved in this very serious criminal case. I have spent my whole life educating and supporting families and children. This case has been devastating as an advocate for mental health and safety for children. With that being said, I respectfully ask that you rule in favor of 15 years. My hope is that there is healing for all involved in this case and their families. My Josiah needs help.

The Josiah that I know is an incredibly caring human being who would drop anything to help a person in need. He worked tirelessly as an advocate for people who are disenfranchised in this society. Josiah has a heart that has always given to others. When he was younger he used to pretend to read to his sister when I wasn't looking. I have a video of him picking up book after book and making up a story at 4 years old reading to his 1.5 year old sister. When his second sister was born 13 months after his first sister he would help feed her and give her some of his toys to help her feel better when she was crying. When I remarried and my █████████████came into our lives he worked to help her feel loved and safe at our home despite her doing everything to push us all away (she was diagnosed as having█████████████████████).

In school whenever someone was being picked on he would stand up for them and ask my advice on how to help that student. He often became friends with them and they became a part of our family. He told me in 7th grade about a boy who was torturing animals and getting pleasure out of it because he knew that was a red flag from my work with families. The boy got help because he had the courage to talk to administration. He was then bullied after that, but persevered. In High School when social media was fairly new to all of us he noticed a Facebook group aimed at bullying one of the students. He immediately reported it to Facebook and the staff at his school.████ ██ ███ ████████.

It was hard for Josiah to come out as Gay in a Catholic School during the time of fighting for the right to Marry. He was bullied by other students and by his own father. I tried to get him the help he needed to deal with his trauma. He entered therapy and worked with his doctor on appropriate medications. I realize now he needs more help than he got and that his trauma was far deeper than I

thought. It greatly hurts and devastates me that he ended up hurting the very people that he has always worked so hard to help.

Throughout the years I have seen him drive to an all-night pharmacy to get meds for his sisters; bring his sisters soup, meds, food, etc. when they are sick; listen to them and comfort them whenever something hard happens; and even proof read their papers.



I love my son and my family so much that it often hurts. I am hurting. I know that many are hurting from this crime. I am praying that you will have it in your heart to help my son get the help he needs and to help the victims also get the help they need so that true healing and rehabilitation can happen. Please consider the 15 year minimum.

With respect,



Your Honor,

My name is ████████████████ am ██ years old, and I am Josiah's younger sister. I am currently a part-time graduate student pursuing a degree in public health. I am working a seasonal retail job, but before this, I followed in Josiah's footsteps and completed two years of AmeriCorps service. Let me tell you about our lives.





When I heard of Josiah's charges, I was in disbelief. Honestly, I got in my car and drove around town for an hour crying and screaming at the world. It is a serious charge and I am hoping to understand how it came to this one day since he has such a supportive and caring family surrounding him. I understand how horrible this is and I wholeheartedly feel for his victims and their families, ██████████████████████████████ I know what it is like to be taken advantage of, even though I believe the person had no intention of harm. And I firmly believe Josiah intended no harm as well. I believe this is a ████████████issue where Josiah needs to be treated for. I believe in redemption and forgiveness and giving people another chance at changing their behaviors and their lives. And even though what happened is a crime, Josiah wants to change and make his life better and redeem himself and do retribution for his crime. I believe he understands what he has done and has so much overwhelming grief and regret and I know he will spend the rest of his life making up for it. I see that regret and guilt every time I see his eyes. He wants to change and be better. Your Honor, you should know what kind of person my brother is- he is the kind of person that will sit for hours feeding squirrels, he is the kind of person that goes out and purchases warm goods for the homeless encampment in Minneapolis even though he was struggling to pay rent, he is the kind of person to drop everything and drive in the middle of the night an hour down to where I lived to spend the night because I was terrified of my ex-boyfriend, he is the kind of person who willingly watches Hello Kitty with me when ████████████████ can't get off the couch because he knows that it helps me, he is the kind of person to give away his prized possessions to those who cannot afford things, he is the kind of person to drive to my parents' house to watch TV with them after a long week of work because he understands how important relationships are, he is the kind of person

to read textbooks for fun because he wants to expand his knowledge of the universe, he is the kind of person that fights for the injustices of others, he is the kind of person who isn't afraid to show emotion and isn't afraid to tell me when he is having a bad day or when he is grieving. He is the one I go to for everything. He has the biggest heart out of everyone I know. He is caring and kind and I see a glowing spirit within him that has diminished in the past few years, but is still there and I believe can still be flourished given treatment and reflection. I can honestly say that Josiah is my best friend and I love him with my entire heart and even more. I would go to the ends of the earth for him and I know he would do the same for me. So with that, Your Honor, I humbly beg for the sentence of 15 years.

Thank you for your time and for all the work you do,



November 7, 2019

You Honor,

Recommendation letter in regards to Josiah Mosqueda sentencing.

I am the Reverend ████████████ Ordained Interfaith Minister (2001) and formerly part of the leadership of ████████████████████████
I am also an employee of the ████████████████████████ Wisconsin. I am ██ years old, married with 3 adult children ages ████████
I currently reside at: ████████████████████████

I came to know Josiah along with his mother through a mutual friend.  Josiah was about 14 then and was expressing interests finding a spiritual path that spoke to him and his love of nature, as well as a sense of mystery around the sacred.  He and his mother attended classes and worship services together for a couple of years. ████████ for her part wasn't that interested in the path or beliefs for herself.  She attended to support Josiah as he was maturing and searching, and to make sure her son was safe in the group.  After a few years ████████ was comfortable enough and Josiah was old enough that he could drive himself to our gatherings.  Up until maybe his senior year in high school I saw him usually monthly, sometimes more, occasionally less.  He would also go on community camping trips to our land outside of Spooner, WI.  Once he went off to college I saw him infrequently, and once I moved to Eau Claire five years ago I think I've only seen him a few times in person.

Since his arrest and confinement I have been in contact with him as a Spiritual Director, his Druid mentor and concerned community member/Priest. We have video chatted 3 times, a few E-letters from me, and he has written to me several times via traditional post.
I can't call him a friend because of the different dynamics as a group leader, age and other factors. I am very fond of him, almost like a son. I've always considered him a good kid.  Albeit one that lacked social skills.  Being obviously gay in a Roman Catholic High School was one of the more visible challenges that I think affected his social development.   Josiah also is a social justice warrior, he was vocal and active for Gay rights and gender issue. As a Latino he fought against racism and stereotypes. He also championed mental health discussions, and was a bedrock for his one sister as she struggled with her own mental wellbeing.
The boy/young man I knew wore compassion and concern for others like armor and was ready to tilt at windmills for others.

Having been in contact since his arrest I am aware that he is in serious trouble.  And that the charges are quiet upsetting.  I do not know all the specifics.  I know that he has made a plea deal and will be in prison as a sex offender.  I also know he is fearful for his

life because of the nature of the charges against him. We have discussed that possibility and I have agreed to his wishes that I would be the clergy at his funeral. He is well aware of how deeply he has wounded his family, friends and communities. We have talked at length about his remorse and shame. Along with His hope for redemption and a chance to make it right, a conversation we are continuing.

Based on the young man I know, I respectfully request that Josiah receive no more than the mandatory minimum sentencing guide of 15 years and if possible be placed in a facility geographically close to his family.

Thank you, Your Honor, for considering this request.

In Peace,



Your Honor,

My name is ████████████ I work at ████████████ in their Information Technology support team. I am ████████ years old and have been Josiah's step-father since he was fifteen years old. I lived with Josiah and interacted with him almost daily until he left for college, and lived with him again a couple years after her returned from college. I stepped into the role as his co-parent shortly after my relationship with his mother became serious, and committed myself to treat him as if he was my biological child.

I have read the publicly available details of Josiah's Federal case, and have been informed by his lawyer of the weight and general contents of the evidence of the case. Regardless of this information, and even from considering it from a perspective of all being true. I still love and care for Josiah.

As you might expect of a step-parent relationship, my parental interactions were sometimes contentious with Josiah. Even during the most contentious of our interactions, I always knew he was not being malicious. Josiah is a sensitive, caring, creative, passionate, and intelligent young man. He deeply values and cares for people and has a strong sense of social justice. He especially cares for those who are vulnerable and have not been treated well by society.

I cannot even begin to express my regret for Josiah's involvement in his crimes, and wonder if I failed him somehow, wonder if I could have done anything to help him get help before he committed the crimes. It is hard to even articulate my feelings of regret without making the discussion be about my feelings and how the event affected me. I have a deep sadness and regret for how Josiah's crimes may have affected the children he interacted with and their families.

I am aware of the seriousness of the potential penalties Josiah's faces. I respectfully request that Josiah be given the minimum sentence of 15 years. He has so much potential to be a force of good, and I hope after he serves his time that this experience serves to further drive and fuel that potential.

Thank you for time and consideration,

████████████

Letter of Recommendation
December 31st 2019

Your Honor,

My name is ███████████████ I am currently a ●-year-old graduate student studying Astrochemistry at the ███████████████ I write to you today in regards to the sentencing of my step-brother, Josiah Mosqueda.

I first met Josiah when I was 10 years old. My father married into his family and I joined them a few years later when my father received custody. I was welcomed sincerely by all of my new family, including Josiah. He was kind and we spent a good amount of time together. He enjoyed sharing his interests with me as well as trying to make me feel more welcome in the family. It is hard to reconcile my brother's recent actions with the person I've known over the years.

I am furious and severely disappointed with my brother. The severity of his crime is not one I take lightly. Given the details, I find it difficult to forgive his actions as both a member of his family and as a person who has suffered sexual abuse in their own childhood. I can in no way rationalize nor accept his actions as I know that the lives of the people he has hurt have surely been affected greatly. However, Your Honor, I write to you now respectfully requesting the mandatory minimum sentence of 15 years.

I do not think my brother is a smart man; in fact I often found him to be, quite honestly, a dumbass deprived of common sense. That being said, I have never found him to be malicious or ill-hearted. He has worked earnestly to be an advocate for social justice, which should give you some insight into his character. Furthermore, Josiah's deep regret indicates to me that this benevolent attitude is still present within him, despite his past failings.

I am aware that the charges against Josiah are very serious. As far as the law is concerned, I can not pretend to know what an appropriate sentence for him would be. I can only give my insight as his sister in regards to his character and express my wishes for his well-being. I hope for him to have the ability to reflect, to receive the mental care and attention that he desperately needs, and, given time, for him to have the opportunity to bring something good back into the world in recompense for the pain he has brought. If given that chance, I truly believe he will do all he can to make amends. I humbly request that he be given the minimum sentence of 15 years so that this future may come to fruition.

Respectfully,



October 29, 2019

Your Honor,

I am Josiah Mosqueda's maternal grandmother, aged ● years and currently retired. I was previously office manager for our family's ████████████████████ practice.

Josiah lived near us until he left to attend ████████████████ after graduating from ████████████████████ During that time we enjoyed interacting with him and his siblings up to 5 times weekly and enjoyed their school and extracurricular activities.

Although his immediate family was exposed to domestic abuse by his birth father, who developed bipolar and narcissistic tendencies, and refused to go for help, Josiah has ████████████████ has never had any disciplinary problems, and was always well liked. He has a giving heart and has always enjoyed interacting with and learning about others and their cultures no matter who or where they came from. He is always willing to lend a helping hand if possible, and is currently attempting to help ICE detainees communicate with guards, etc. using as much Spanish as he can remember.

Josiah has told us that he is truly sorry and ashamed re any damage he has done to others, and has apologized so many times that I needed to ask him to stop. He does indicate that he is repentant and is hoping to be able to receive therapy if available. I will continue to love Josiah for his many good qualities and believe that he can become an asset to society.

Mr. Garry has made me aware of the serious penalties regarding his case and I respectfully request the mandatory minimum sentence of 15 years.

Respectfully,



November 5, 2019

Your Honor,

I am Josiah Mosqueda's grandfather and currently ● years old. I have been married for 52 years and work as ▆▆▆▆▆ I had my own tax practice for over 30 years and work for the person I sold it to. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

We have lived very close to Josiah, his parents and siblings. We have a very close relationship with our children and grandchildren. Josiah and I have had a special relationship. I feel I have been both a father and a grandfather to him.

He has always helped people and gone out of his way to give support to people who are in need. He has always wanted to learn as much as people were willing to educate him. He has always requested books for Christmas. He is constantly reading and planning for the future.

He realizes he has done something seriously wrong. He continues to tell us he is very sorry for what he has done.

We have had some good conversations about his future. He wants to go back to school and help people who are trying to live a better life.

Even though he has done something seriously wrong, we care for him very much. He has a lot of good qualities and believe he can contribute to society.

He regrets his involvement in his crime. I realize the serious penalties in this case. I respectfully request the minimum sentence of 15 years.



Your Honor;

My name is ██████████ and I am writing with regards to the case of Josiah Mosqueda. I have known Josiah for almost precisely six years; he is the brother of my best friend and four-year college roommate, ██████████ Over the time I have been friends with ████ I have come to know Josiah as a fellow ██████ graduate, as a friend, as a member of my extended non-blood-related family. To hear that he has been involved in this crime is upsetting, of course, but I can only believe that he did these things in the best interest of the supposed "victims".

Josiah *always* means well. He is one who believes in justice, freedom, equality, compassion, love, and peace. Although I haven't gotten to spend a great deal of time with him, these qualities were always obvious and shone through in every second spent in his presence. The only way I can reconcile Josiah's crime is to believe that he meant the best for the boys with whom he corresponded. While it may seem like a heinous crime, it may have been Josiah's unorthodox way of reaching out and showing these children that they were accepted and celebrated in their decision to be homosexual. I do believe that he meant the best for these kids - even if he went about it the wrong way - because that's who Josiah is; he wants everyone to be happy with themselves.

This is why I deeply request that you please consider the minimum sentence of 15 years currently on the table. Personally, I believe this is still too long a sentence for this crime, as I know of instances in which people have committed violent, psychologically damaging, extremely horrific crimes and received far less jail time. However, I recognize that this crime is serious and that 15 years is the best option available at present, and I dearly, dearly hope that this be recognized as the best option for someone who truly doesn't wish to harm anyone.

I thank you for reading this letter of recommendation, and once again request that the minimum sentence be taken as a serious and legitimate option. I hope that you will find it within yourself to exercise the same understanding and compassion that Josiah would exercise with those in difficult situations.

Sincerely,

Your Honor:

   My name is ███████████████ and I am writing a letter of recommendation for
Josiah Mosqueda. I am currently living in ███████ Minnesota, and working as a
teacher's aide at a local elementary school. Josiah and I attended ████████████████
together (he graduated in ██████ and I in ██████). We initially met through his sister ██████
whom I am close friends with. █████ a small school, and Josiah and I would cross
paths on campus many times per week, and eventually we got to know each other better.
From the first time that I met him, I recognized Josiah as a warm and caring person. He
always showed concern for those around him, and I always felt at ease talking to him. I
especially remember his fun and bold sense of humor. His care for others was especially
evident in his campus activism, such as when he would speak out against racism and
work to make the █████ campus a safer and more welcoming place.
   When I heard of the serious charges against Josiah I was shocked, as I know many
others were. It is distressing to learn that someone you care about and look up to was
charged with a crime that causes harm to others. However, I do not believe that
individuals are either "bad" or "good", but rather I know that there are certain societal
factors and life events that can lead a person to take certain actions. I do not know much
about Josiah's early personal life, but I have learned in general how early experiences in
life can manifest themselves in ways that cause harm to others later on in life. The crimes
that Josiah committed are inexcusable and not small, but I do believe in Josiah's inherent
goodness and caring nature. Therefore, I respectfully request the mandatory minimum
sentence of 15 years for Josiah.

Sincerely,



November 6, 2019

Re:  Sentencing of Josiah Raul Mosqueda

Your Honor:

My name is ██████████████████ and I am the sole maternal aunt of Josiah Raul Mosqueda. Josiah is my sole nephew and sole godchild. I've lived near Josiah for most of his life, including next door and down the street much of that time. We have cultivated a closer relationship than most aunts and nephews. Being one of his primary babysitters and attending most of his school events, I had the pleasure of not only watching him grow up and witnessing his many talents, I was also able to truly get to know him as a person.

Josiah has always been well liked and has had many friends. His magnetic personality naturally flowed into the leadership role he provided in show choir while in high school. Josiah has always been inquisitive. This led him to learn about a multitude of topics on his own, on top of his college studies. Most prevalent of those were various religions, cultures, languages and different parts of the world. Josiah also has a strong passion for fighting for justice for various causes and groups. Most prominently of these are the LGBTQ+ and the BIPOC communities, as he is a member of both.

For the past 20 years, I'm currently 49 years old, I have worked as the Office Manager at my father's ██████████ Working for my father provided flexibility for me so I could be present in Josiah's life. It afforded me the ability to attend events during the day and jump in if I was needed to help with Josiah's care in any way. Spending so much time with him is something I truly cherish. I am aware of Josiah's Federal Court case and how serious it is. But despite the case and the charges against him, Josiah is still my nephew and godchild. He is still the good man I know him to be. I still love him and I always will. I know his heart and I know the true him.

In a letter I received from Josiah just last week, he told me he was "wracked with guilt for the people and communities (he) hurt – (he) truly cared about all of them". He further explained everything that he is currently doing and all that he plans to do in the future to make amends. Josiah wants to dedicate his life to fight for justice for those who rarely have a voice. This is who I know Josiah to be. A young man with a huge heart.

I was informed of the serious penalties in this case. With utmost respect, I request the mandatory minimum sentence of 15 years be given to my nephew.

Sincerely,



Your Honor,

My name is ███████████ I currently work at a ██████████████████████████ s the Office and Event Manager. I am ██ years old and have known Josiah Mosqueda since we were sophomores at ██ ███████████ We were both sociology/anthropology majors and thus took similar classes and ran in over lapping circles. Josiah and I became good friends when we travelled abroad to Jordan our junior year. This study abroad course examined the connection between religion and politics in the Middle East. It was dually taught by a religion professor and a sociology professor who was also a native Jordanian. During this month long course, we met with various religious groups and even travelled to Israel for 4 days. It was an extremely powerful experience and course.

Josiah was, and is, very smart with an extremely inquisitive mind. He wanted to understand the conflict in the Middle East and its connection to religion so that he could work towards a positive resolution. He knew there were no easy answers and was willing to ask the hard questions. At the end of the day Josiah wants to make the world a more loving place.

While on this trip Josiah was a very important confidant. He was a shoulder to cry on as I struggled with a friendship that was on the rocks. He listened to my concerns, fears, and hopes and gave me advice appropriate to the situation. By our senior of college, I considered him one of my closest friends. He was close enough that I asked him to be a bridesman in my wedding this coming April.

Since leaving college I haven't been in extremely close contact with Josiah but continue to consider him one of my closest friends. When I learned of the charges against him, and the crime he committed I was extremely disheartened. As a teacher it was his job to protect his students and he clearly fell short. A few months after learning of his charges I reached out to his sister █████ who I knew very briefly, as she also went to ████████████ It was through her that I got Josiah's current contact information.

In my first letter to Josiah, I told him that I still love and care about him. I told him that I do not agree with his choices. I told him he made a huge mistake by engaging with students outside of the confines of the classroom. What he did was completely unacceptable and he needs to pay for his crime. However, despite that, no one is above redemption. I know that in his heart Josiah is a good person who made egregious choices by committing this crime.

In Josiah's response letter he was extremely remorseful. Recognizing that he hurt the lives of those people he loved and cared about. He recognized that he needed to be in jail to make amends for the wrongs he committed and that once he got out, he wanted to commit his life to help those he so severely wronged. He is currently spending his time in jail by taking some paralegal courses. He has focused on himself and the feelings that brought him to make such problematic decisions. He is doing everything he can to improve himself and serve him time for the betterment of society.

I want to note that I would be extremely honored to have Josiah stand by my side on my wedding day even after knowing the full extent of his actions. I ask that you give Josiah the minimum sentence of 15 years so that he can again join society and help the communities he has wronged. Prison is about rehabilitation and I know that is Josiah's goal. He wants to serve his time and debt to society so that he

can continue to repay society in any way he can once he is released. I am honored to call Josiah my friend and know he will spend the next 15 years of his life committing to self-improvement and the righting of a wrong. I hope he will have the time to rejoin the outside world to show that he has changed and use his experiences to help others.

Sincerely,



Your Honor,

My name is ███████████████ a professor of sociology at ███████████████ in ███████████ MN. I am writing in my capacity as the former professor and academic advisor of Mr. Josaiah Mosqueda. Josiah was a student in several of my classes, some of which took place aboard in Jordan, my home country. As his advisor, I had the chance to know him as a person, and not only a student.

I observed through both his classroom performance and his frequent appeals to me as his advisor a complex negotiation of multiple difficulties. Josiah had a troubled childhood. I learned from him that he was ███████████████ as a child and grew up with shame attempting to come out as homosexual. Even when he left his troubled home, on campus he was never truly welcome. Our campus accommodates different sexual orientations, however, his own experience, his poverty, his under-preparation for advanced academics, and his experience as a racial minority often frustrated his assimilation into the dominant campus community. From our conversations I often sensed an inordinate degree of humiliation from which he sought shelter. He was able, with extraordinary labor to acquire some academic competence: he earned his degree, but unfortunately his socialization did not keep pace. He remained immature and his social-psychological peers were not his legal peers. While he no doubt was aware of the power imbalance in his dealing with minors, his motivation cannot be conceived as purely exploitive. It was in part exploitive and in part solace. It fulfilled a need to gratify what his own social underdevelopment made otherwise difficult.

I supervised him during a semester in the Middle East where homosexuality is strictly penalized. He was able to accept those rules. That he did not accept the rules that now bring him before this Court for sentencing presents a mixed record - a man who allowed his judgment to abrogate rules he knew must be abided. It also, however, speaks to his capacity for rehabilitation.

Josiah is fully capable of diligence, of conscience, and redemption. I know I am no position to dictate or even suggest a sentence that would correspond with his crimes. My hope would be for a sentence that reflects the often contradictory mélange of traits that constitute the personality of people, like Josiah, who find themselves awkwardly adapted and struggling to reconcile themselves to fundamental social obligations.

Thank you very much for considering my letter,

Respectfully,



November 11, 2019

Your Honor

We are writing to you with regards to the upcoming sentencing of Josiah Mosqueda. Our names are ███████████ a ██-year-old Senior Marketing Consultant, and ███████████ a ██-year-old Parent Educator in Early Childhood Family Education. We have been close family friends with Josiah's parents and have been involved in Josiah's life for nearly 20 years, including being a godfather to him.

Since we've known Josiah for so long, it was profoundly disappointing and disturbing to hear the details of this case. While we still have love for Josiah, his actions have brought us to tears on multiple occasions. We've felt both sadness for his actions and deep empathy for the victims harmed by his actions. Actions have consequences. We have faith in our criminal justice system, and we understand that the seriousness of his actions require time to be served.

Josiah's involvement in this crime was very shocking and inconsistent with the Josiah we know and love. We also would like to share some things you may not know about Josiah. From an early age, Josiah has been committed to volunteering in his community, including school and social causes. He was always willing to lend a hand. He has served on many committees, has been a voice on panel discussions representing peoples of color, and has helped to organize many events.

We have known him to be a strong advocate for social justice and restorative practices in both personal and professional aspects of his life. He strove to be a voice for those who have been disenfranchised and to empower those who are oppressed. This led him to choose a career in service by pursuing a Master of Social Work degree.

He has always had a desire to help others, sometimes to a fault by occasionally neglecting his own well-being in that pursuit. He has done many good things and has helped many people along the way. His heart has typically been in the right place; however, in this case, his judgement had to be severely clouded for him to make such bad choices with very serious consequence for both him and his victims. We know in his heart he feels deep remorse for his actions and empathy for his victims, and he recognizes that he went horribly astray.

While we both have deep regret and disappointment for Josiah's involvement in this crime, we ask you to consider the good things he has done and the many people he has helped, and we respectfully request the mandatory minimum sentence of 15 years. We want to see him have an opportunity to do good in this world once more.

Respectfully,



Your Honor,

I'm writing you today concerning Josiah Mosqueda, kindly urging you to consider the mandatory minimum sentence of 15 years.

My name is ███████████ I work as a tutor and administrative assistant, helping people with academics and medical concerns all over the Twin Cities and suburban area. I've known Josiah for two decades at this point; we went to school together from first grade through high school. Over these many years, he has been one of my absolute closest friends.

I know that at many points in my own life, Josiah acted as an irreplaceable friend, confidant, counselor, and emotional support. Even and especially through these past few years, we would meet up several times a month, to get dinner, to watch a movie, to talk to each other about life and its problems. His presence has been a pillar in my life for literally as long as I can remember.

As is undoubtedly the case with many others, most importantly his family and those negatively affected by the serious crimes Josiah commmitted, this entire ordeal came as an acutely painful shock to me, and a lingering wound. That someone I knew so well and thought so highly of could have done these things did and continues to hurt me, as, again, it must be doing do all the others affected. Part of the reason this has come as such a surprise is because of how well I've known Josiah, how sincere and kind he has been to me, how supportive he's been of me and, indeed, all those around him, particularly his family. His family has been as a second family to my own; his house as mine. It has been the most difficult task of these past few months to rectify the Josiah that I know with the actions he committed, and to ask myself what that means about myself, and about him.

It is as true today as it has been in the past that I care for Josiah deeply. I cannot forget all he's done for me, all he's meant for me, the person he has been in my life. I also cannot deny the truth of what I've seen before me, and understand the seriousness of the crimes he has committed. It is my personal belief, in this case close to my heart as in any other case, that justice must be sought after, as close to as pure a form of justice as we can find. Here, in this case, people are hurting, most especially those directly affected by Josiah's actions. It is with all this in mind that I seriously and respectfully ask that you give the minimum sentence of 15 years to Josiah; a serious punishment, one that will force atonement, but also one that leaves open the door for true justice to be served, through recovery, through the virtuous living of his life in the future, as he continues to make amends for what he has done.

Thank you, Your Honor,

███████████████████████

December 11, 2019

Regarding Josiah Mosquedo

Your Honor,

My name is ███████████████████ I am a ● year-old semi-retired pediatrician. I knew Josiah Mosquedo as his primary care pediatrician for about 6 years, in his late teenage years. We met for his annual physicals and illness visits during that time. He "came-out" to me as a homosexual and came to me after his first sexual experience. The last time I saw Josiah he was leaving for a "study abroad" in Jordan, several years ago. He spoke English, Spanish, Arabic and had taken some Chinese. Both of us were fascinated by different cultures. We had good conversations about life, and I looked forward to conversing with him.

Josiah impressed me with his quest for knowledge, his appreciation for different cultures, and his determination to portray himself in a positive light. We discussed the consequences of coming out with his family and friends and his responsibility to protect himself and others as he explored his sexuality.

I am aware of how serious the charges are against Josiah and his incredible regret for his actions, through conversations with his mother.

Also, I am aware of the serious penalties for his actions. I respectfully encourage you look at the mandatory minimum sentence for his crimes, due to his sincere regret and his future contributions to society.



Your honor,

My name is ██████████ I am ████
years old and am a Early Childhood assistant.
I have worked with Children for 35
years and the past 6 years I have worked
beside Josiahs mom ████████ as her assistant at
████████████████████ I have spent time with Josiah 3
times. He helped us set up the classroom for the
school year. I went to lunch with Josiah and
his family. My friends+I went to the metaphysical
store he worked at and he helped us buy some
stones.

I am aware that his case in Federal
Court is very serious and I feel bad about
his involvement in this crime.

Josiah is very involved with all his
family members and friends. He attended all
family gatherings and is very close to his
grandparents. ██████ would mention this often to me
and talk about the holidays and traditions including
a apple orchard, summer cabin, Xmas cooking making
and everyones birthday.

When I interacted with Josiah he was very friendly, upbeat, smiling and interested in what I had to say.

████████ tells me they facetime/ video chat 3-4 times a week along with his grandparents + sister.

This is a family cherished moment. I see how this has affected ████████

Please help Josiah with his mental health needs.

Despite the charges I still know Josiah is a good person and I still like him and request the minimum of 15 years.

Sincerely,

████████████████